UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGO HIBHRAHIM SILVA PARRA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br><br>Respondent. | No.  2:26-cv-00543-DC-EFB (HC)<br><br><br>ORDER |

Petitioner is an immigration detainee proceeding with this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondents have filed a return to the petition.  ECF No. 7. The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Mira Francel, Courtroom Deputy

---

[1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

for Magistrate Judge Edmund Brennan via email at mfrancel@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, the court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this court pursuant to Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's motion to proceed in forma pauperis (ECF No. 16) is GRANTED.

2.  Petitioner's motions for appointment of counsel (ECF Nos. 12, 17) are GRANTED. Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Mira Francel, Courtroom Deputy for Magistrate Judge Edmund Brennan via email at mfrancel@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.

3.  The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

4.  Respondents have filed a return to the petition.  Petitioner's traverse, if any, is due within 7 days of the appointment of counsel for petitioner.

5.  In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, respondents shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

////

////

////

2

6. The Clerk of Court is directed to administratively terminate petitioner's motion for voluntary dismissal (ECF No. 19), which petitioner has withdrawn (ECF No. 22).

DATED:  May 26, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3