UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGO HIBHRAHIM SILVA PARRA, | No.  2:26-cv-00543-DC-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA CITY ) CORRECTIONAL CENTER, et al., | |
| Respondents. | |

Petitioner seeks an extension of time to June 26, 2026 to file his traverse.  ECF No. 30. Good cause appearing, the motion is GRANTED, and petitioner shall file his traverse on or before June 26, 2026.

So ordered

Dated: June 8, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1